United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                    Case No. 24-02660-HWV

Dung Trung Duong                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dung Trung Duong, 4226 Prosperous Drive, Harrisburg, PA 17112-6000 |
| 5661788 | | Trang T Pham, 4226 Prosperous Dr, Harrisburg, PA 17112-6000 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5661778 | + | Email/Text: bkdept@cancapital.com | Nov 21 2024 18:45:00 | CAN CAPITAL INC, 2015 VAUGHN RD BLDG 500, KENNESAW, GA 30144-7831 |
| 5661779 | + | Email/Text: petriebkcy@aol.com | Nov 21 2024 18:46:00 | CHARLES E. PETRIE, 3528 BRISBAN STREET, HARRISBURG, PA 17111-1803 |
| 5661780 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2024 19:00:56 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 5661781 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 21 2024 18:46:00 | IRS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5661782 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 21 2024 18:49:06 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 198505369 |
| 5661783 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 21 2024 18:45:00 | KOHLS/CAPITAL ONE, N56 RIDGEWOOD DR, MENOMONEE FAL, WI 53051 |
| 5661784 | | Email/Text: camanagement@mtb.com | Nov 21 2024 18:46:00 | M & T BANK, 1 FOUNTAIN PLZ, BUFFALO, NY 14203 |
| 5661785 | | Email/Text: camanagement@mtb.com | Nov 21 2024 18:46:00 | M & T BANK, ONE FOUNTAIN PL/3RD FL, BUFFALO, NY 14203 |
| 5668932 | + | Email/Text: camanagement@mtb.com | Nov 21 2024 18:46:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5661786 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2024 18:46:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5662473 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2024 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5661787 | + | Email/Text: joey@rmscollect.com | Nov 21 2024 18:46:00 | Receivable Management, PO Box 17305, Richmond, VA 23226-7305 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | |
| | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| Charles E. Petrie | |
| | on behalf of Debtor 1 Dung Trung Duong petriebkcy@aol.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dung Trung Duong,                          Chapter        13

   **Debtor 1**

           Case No.       1:24−bk−02660−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 1, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: January 8, 2025<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 21, 2024 |

ntcnfhrg (08/21)