UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Chapter 13 |
| | ) |
| DUNG TRUNG DUONG, | ) Case No. 1:24-bk-02660-HWV |
|     Debtor, | ) |
| -------------------------------------------------- | ) |
| UNITED STATES OF AMERICA, | ) |
| INTERNAL REVENUE SERVICE, | ) Chief Judge Henry W. Van Eck |
|     Movant, | ) |
| v. | ) (Electronically Filed) |
| | ) |
| DUNG TRUNG DUONG, | ) |
|     Respondent. | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that pursuant to Federal Bankruptcy Rules 2002 and 9010, I hereby enter my appearance as Counsel of Record for United States Small Business Administration and United States of America, and request to be placed on the Court's electronic service list and to receive copies of all notices, pleadings and any other filings.

                                 Respectfully submitted,

                                 GERARD M. KARAM
                               United States Attorney

                               /s/ Suzanne P. Conaboy
                               SUZANNE P. CONABOY
                               Assistant U.S. Attorney
                               Atty. I.D. #314036
                               P.O. Box 309
                               Scranton, PA 18501
                               Phone (570) 348-2800

Dated: December 19, 2024       E-Mail: Suzanne.Scanlon@usdoj.gov

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Chapter 13 |
| | ) |
| DUNG TRUNG DUONG, | ) Case No. 1:24-bk-02660-HWV |
|       Debtor, | ) |
| ------------------------------------- | ) |
| UNITED STATES OF AMERICA, | ) |
| INTERNAL REVENUE SERVICE, | ) Chief Judge Henry W. Van Eck |
|       Movant, | ) |
|     v. | ) (Electronically Filed) |
| | ) |
| DUNG TRUNG DUONG, | ) |
|       Respondent. | ) |

## **CERTIFICATE OF SERVICE**

I, Suzanne P. Conaboy, hereby certify that an Entry of Appearance and Request for Notice has been filed electronically on this 19th day of December, 2024, and is available for viewing and downloading from the Court's Electronic Case Filing System.

                                              Respectfully submitted,

                                              GERARD M. KARAM
                                              United States Attorney

                                              /s/ Suzanne P. Conaboy
                                              SUZANNE P. CONABOY
                                              Assistant U.S. Attorney
                                              Atty. I.D. #314036
                                              P.O. Box 309
                                              Scranton, PA 18501
                                              Phone (570) 348-2800
Dated: December 19, 2024         E-Mail: Suzanne.Scanlon@usdoj.gov