UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUNG TRUNG DUONG, | : | Chapter 13 |
|     Debtor(s) | : | Case No. 1:24-BK-02660-HWV |
| v. | : | |
| | : | |
| DUNG TRUNG DUONG, | : | |
|     Plaintiff(s), | : | |
| v. | : | |
| | : | |
| INTERNAL REVENUE SERVICE, | : | |
|     Defendant(s). | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that pursuant to Federal Bankruptcy Rules 2002 and 9010, I hereby enter my appearance as Counsel of Record for the Internal Revenue Service and United States of America, and request to be placed on the Court's electronic service list and to receive copies of all notices, pleadings and any other filings.

                                              Respectfully submitted,

                                              JOHN C. GURGANUS
                                              Acting United States Attorney

                                              <u>/s/ Ryann D. Loftus</u>
                                              RYANN D. LOFTUS
                                              Assistant U.S. Attorney
                                              Atty. I.D. #319379
                                              P.O. Box 309
                                              Scranton, PA 18501
                                              Phone (570) 348-2800
Dated: February 27, 2025          E-Mail: ryann.loftus@usdoj.gov

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUNG TRUNG DUONG, | : | Chapter 13 |
| Debtor(s) | : | Case No. 1:24-BK-02660-HWV |
| v. | : | |
| | : | |
| DUNG TRUNG DUONG, | : | |
| Plaintiff(s), | : | |
| v. | : | |
| | : | |
| INTERNAL REVENUE SERVICE, | : | |
| Defendant(s). | : | |

## **CERTIFICATE OF SERVICE**

I, Ryann D. Loftus, hereby certify that an Entry of Appearance and Request for Notice has been filed electronically on this 27th day of February, 2025, and is available for viewing and downloading from the Court's Electronic Case Filing System.

                                                  Respectfully submitted,

                                                  JOHN C. GURGANUS
                                                  Acting United States Attorney

                                                  /s/ Ryann D. Loftus
                                                  RYANN D. LOFTUS
                                                  Assistant U.S. Attorney
                                                  Atty. I.D. #319379
                                                  P.O. Box 309
                                                  Scranton, PA 18501
                                                  Phone (570) 348-2800
Dated: February 27, 2025         E-Mail: ryann.loftus@usdoj.gov