UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUNG TRUNG DUONG, | : | Chapter 13 |
|     Debtor(s) | : | Case No. 1:24-BK-02660-HWV |
| | : | |
| v. | : | Judge Van Eck |
| | : | |
| DUNG TRUNG DUONG, | : | |
|     Plaintiff(s), | : | |
| | : | |
| v. | : | |
| | : | |
| INTERNAL REVENUE SERVICE, | : | |
|     Defendant(s). | : | |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Assistant U.S. Attorney Suzanne P. Conaboy in the above-referenced matter.

    Respectfully submitted,

    JOHN C. GURGANUS
    Acting United States Attorney

Date:   February 27, 2025

    s/ Suzanne P. Conaboy
    SUZANNE P. CONABOY
    Assistant United States Attorney
    PA 314036
    235 N. Washington Street
    Scranton, PA 18503
    Phone: (570) 348-2800
    Suzanne.Scanlon@usdoj.gov

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUNG TRUNG DUONG, | : | Chapter 13 |
| Debtor(s) | : | Case No. 1:24-BK-02660-HWV |
| | : | |
| v. | : | Judge Van Eck |
| | : | |
| DUNG TRUNG DUONG, | : | |
| Plaintiff(s), | : | |
| | : | |
| v. | : | |
| | : | |
| INTERNAL REVENUE SERVICE, | : | |
| Defendant(s). | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of February, 2025, I caused the foregoing Withdrawal of Appearance to be filed via ECF, and the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic filing constitutes service of the filed document and no additional service upon the filing user is required.

s/ Bethany Haase
BETHANY HAASE
Paralegal Specialist
