UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DUNG TRUNG DUONG,<br>   Debtor | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS,<br>STANDING CHAPTER 13 TRUSTEE,<br>   Movant | : | |
| | : | |
| DUNG TRUNG DUONG,<br>   Respondent | : | CASE NO. 1-24-bk-02660-HWV |

## TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

  AND NOW, this 27th day of May 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to the confirmation of the above-referenced Debtor's Plan for the following reasons:

  1. Debtor's Plan violates 11 U.S.C. § 1322(a)(2) in that Debtor has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507. See claim 1-1.

  2. Trustee further objects to Debtor's Plan subject to Debtor providing to Trustee a Business Debtor Certification and copies of all necessary and related documents that will enable Trustee to file his Business Examination Report with the Court pursuant to §§ 1302(c), 1106(a)(3) and 1106(a)(4) of the Bankruptcy Code. More specifically, Trustee requires the submission of the following:

    a. Insurance policies for:
      i. Business liability; and
      ii. Workman's compensation liability.
    b. Employers' quarterly payroll tax returns. If applicable, copies of the bank statements for six months preceding the filing.
    c. Copy of bank statements for six months preceding the filing of the petition.

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

a. deny confirmation of Debtor's Plan;
b. dismiss or convert Debtor's case; and
c. provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder, Esquire
Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 27th day of May 2025, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Charles E. Petrie, Esquire
3528 Brisban Street
Harrisburg, PA 17111

                   /s/ Derek M. Strouphauer, Paralegal
                   Office of Jack N. Zaharopoulos
                   Standing Chapter 13 Trustee