UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DUNG TRUNG DUONG

    Debtor(s)

JACK N. ZAHAROPOULOS      CHAPTER 13
CHAPTER 13 TRUSTEE
    Movant

vs.

DUNG TRUNG DUONG

    CASE NO: 1-24-02660-HWV

    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 14, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

    Respectfully submitted,

    /s/ Douglas R. Roeder, Esquire
    ID: 80016
    Attorney for Trustee
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   DUNG TRUNG DUONG

                              Debtor(s)

JACK N. ZAHAROPOULOS                                    CHAPTER 13
CHAPTER 13 TRUSTEE
                       Movant
vs.
DUNG TRUNG DUONG
                                                        CASE NO: 1-24-02660-HWV
                   Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

| | |
|---|---|
| Sylvia H. Rambo United States Courthouse | Date:   August 20, 2025 |
| Bankruptcy Courtroom 4B, 4th Floor | Time:   09:35 AM |
| 1501 North 6th Street | |
| Harrisburg, PA 17102 | |

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 18714.00**
   **AMOUNT DUE FOR THIS MONTH:  $9357.00**
   **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $28071.00**

**NOTE:**
  **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

  **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**

      **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:     July 14, 2025                      Respectfully submitted,

                                                 /s/ Douglas R. Roeder, Esquire
                                                 ID: 80016
                                                 Attorney for Trustee
                                                 Jack N. Zaharopoulos
                                                 Standing Chapter 13 Trustee
                                                 Suite A, 8125 Adams Drive
                                                 Hummelstown, PA 17036
                                                 Phone: (717) 566-6097
                                                 email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DUNG TRUNG DUONG

Debtor(s)

JACK N. ZAHAROPOULOS CHAPTER 13
CHAPTER 13 TRUSTEE
 Movant
vs.
DUNG TRUNG DUONG
 CASE NO: 1-24-02660-HWV

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 14, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

CHARLES E. PETRIE, ESQUIRE
3528 BRISBAN STREET
HARRISBURG PA 17111-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

<u>Served by First Class Mail</u>

DUNG TRUNG DUONG
4226 PROSPEROUS DRIVE
HARRISBURG PA 17112

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 14, 2025 /s/ Tammy Life
 Office of the Standing Chapter 13 Trustee
 Jack N. Zaharopoulos
 Suite A, 8125 Adams Dr.
 Hummelstown, PA 17036
 Phone: (717) 566-6097
 email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DUNG TRUNG DUONG

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-24-02660-HWV

vs.
DUNG TRUNG DUONG

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.