IN RE:                      : CHAPTER XIII

     DUNG TRUNG DUONG      :

                              : CASE NO.: 1-24-02660-HWV

     JACK N. ZAHAROPOULOS    :

     STANDING CHAPTER XIII TRUSTEE   :

            Movant            :

           vs.                 :

     DUNG TRUNG DUONG      : MOTION TO DISMISS

           Respondent(s)      :

## STIPULATION

AND NOW, this _____ day of _____, 2018, the Debtor(s) and Charles J. DeHart, III, Standing Chapter 13 Trustee, do hereby stipulate that the Debtor(s) elect the following option(s) in satisfaction of the Trustee's Motion to Dismiss due to delinquent plan payments:

1.     **CURE DEFAULT: (CHECK ONE)**

     _____     Move to convert to Chapter 7 within 5 days.

     _____     Move to voluntarily dismiss case within 5 days.

     **XX**     Amend the Plan within thirty (30) days from the date of this Stipulation. **AMENDED PLAN FILED August 19, 2025.**

     _____     Pay the arrears within _____ days (may not exceed 90 days) from the date of this stipulation.

2.     **WAGE ATTACHMENT: (CHECK ONE)**

     _____     Within 30 days from the date of this stipulation, debtor(s) will file a Motion for wage attachment for payment of the regular monthly payments to the Trustee

     _____     Debtor is unable to make payments by wage attachment because (be specific)

     _____     Already wage attached, and will amend if necessary

3.     **FUTURE PAYMENTS:**
IT IS STIPULATED THAT BEGINNING WITH THE PAYMENT DUE IN THE MONTH OF _____, 20____, DEBTOR WILL MAKE ALL REGULAR MONTHLY PAYMENTS TO THE TRUSTEE DURING THE REMAINING TERM OF THE PLAN.

4.     **DEFAULT:**
IN THE EVENT THE DEBTOR(S) DOES NOT PERFORM ACCORDING TO THIS STIPULATION, THE CASE MAY BE DISMISED UPON CERTIFICATION OF THE TRUSTEE, WITHOUT FURTHER NOTICE TO PARTIES OR FURTHER HEARING.

_____
JACK N. ZAHAROPOULOS TRUSTEE

_____
COUNSEL FOR DEBTOR(S)

_____
CREDITOR

/s/Dung Trung Duong
DEBTOR

_____
JOINT DEBTOR

_____
CREDITOR