UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DUNG TRUNG DUONG, : CHAPTER 13
    Debtor :
:
JACK N. ZAHAROPOULOS, :
STANDING CHAPTER 13 TRUSTEE, :
    Movant :
:
DUNG TRUNG DUONG, :
    Respondent : CASE NO. 1-24-bk-02660-HWV

TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

    AND NOW, this 4th day of September 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to the confirmation of the above-referenced Debtor's Plan for the following reasons:

    1. Trustee further objects to Debtor's Plan subject to Debtor providing to Trustee a Business Debtor Certification and copies of all necessary and related documents that will enable Trustee to file his Business Examination Report with the Court pursuant to §§ 1302(c), 1106(a)(3) and 1106(a)(4) of the Bankruptcy Code. More specifically, Trustee requires the submission of the following:

    a. Insurance policies for:
        i. Business liability; and
        ii. Workman's compensation liability.
    b. Employers' quarterly payroll tax returns. If applicable, copies of the bank statements for six months preceding the filing.
    c. Copy of bank statements for six months preceding the filing of the petition.

    2. Debtor has not demonstrated that all tax returns have been filed as required by §1325(a)(9). There are unfiled 2020, 2021, 2023, and 2024 Pennsylvania payroll tax returns.

    3. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a. Insufficient Monthly Net Income as indicated on Schedules I and J.

    b. The Plan is underfunded relative to claims to be paid.

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

a. deny confirmation of Debtor's Plan;
b. dismiss or convert Debtor's case; and
c. provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder, Esquire
Attorney for Trustee

## CERTIFICATE OF SERVICE

       AND NOW, this 4th day of September 2025, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Charles E. Petrie, Esquire
3528 Brisban Street
Harrisburg, PA 17111

                                                        /s/ Matthew Harnsberger, Legal Assistant
                                                        Office of Jack N. Zaharopoulos
                                                        Standing Chapter 13 Trustee