United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Dung Trung Duong  
    Debtor

Case No. 24-02660-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 09, 2025      Form ID: pdf010      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dung Trung Duong, 4226 Prosperous Drive, Harrisburg, PA 17112-6000 |
| cr | | Bureau of Compliance Commonwealth of Pennsylvania,, PO Box 280948, Harrisburg, PA 17128-0938 |
| 5661788 | | Trang T Pham, 4226 Prosperous Dr, Harrisburg, PA 17112-6000 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5675866 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 09 2025 18:42:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5661778 | + | Email/Text: bkdept@cancapital.com | Oct 09 2025 18:42:00 | CAN CAPITAL INC, 2015 VAUGHN RD BLDG 500, KENNESAW, GA 30144-7831 |
| 5661779 | + | Email/Text: petriebkcy@aol.com | Oct 09 2025 18:43:00 | CHARLES E. PETRIE, 3528 BRISBAN STREET, HARRISBURG, PA 17111-1803 |
| 5661780 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 09 2025 18:53:09 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 5661781 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 09 2025 18:43:00 | IRS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5661782 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 09 2025 18:53:25 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 198505369 |
| 5661783 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 09 2025 18:52:37 | KOHLS/CAPITAL ONE, N56 RIDGEWOOD DR, MENOMONEE FAL, WI 53051 |
| 5661784 | | Email/Text: camanagement@mtb.com | Oct 09 2025 18:43:00 | M & T BANK, 1 FOUNTAIN PLZ, BUFFALO, NY 14203 |
| 5661785 | | Email/Text: camanagement@mtb.com | Oct 09 2025 18:43:00 | M & T BANK, ONE FOUNTAIN PL/3RD FL, BUFFALO, NY 14203 |
| 5673310 | | Email/Text: camanagement@mtb.com | Oct 09 2025 18:43:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5668932 | + | Email/Text: camanagement@mtb.com | Oct 09 2025 18:43:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5676740 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2025 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5661786 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 09 2025 18:43:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5662473 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 09 2025 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5661787 | + | Email/Text: joey@rmscollect.com | Oct 09 2025 18:43:00 | Receivable Management, PO Box 17305, Richmond, VA 23226-7305 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5692193 | | Internal Revenue Service |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brenda Sue Bishop | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov |
| Charles E. Petrie | on behalf of Debtor 1 Dung Trung Duong petriebkcy@aol.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Ryann D. Loftus | on behalf of Creditor IRS ryann.loftus@usdoj.gov bethany.a.haase@usdoj.gov |
| Stephanie Walczak | on behalf of Creditor M&T BANK swalczak@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**Dung Trung Duong**<br><br>Debtor 1<br><br>**Jack N. Zaharopoulos**<br>**Chapter 13 Trustee**<br>vs.    Movant(s)<br><br>**Dung Trung Duong**<br><br>Respondent(s) | Chapter: 13<br>Case No.: 1:24-bk-02660-HWV |

### ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 60, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_/s/ Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 9, 2025